IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL DAVID SHIPLEY,

    Plaintiff,

v.

RICHARD IVES,

    Defendant.

Civ. No. 3:16-cv-02008-JR

ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (ECF No. 5), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I note that the Findings and Recommendation were mailed to Mr. Shipley and returned as undeliverable. Mr. Shipley's address on record is the Beaumont Medium Federal Correctional Institution. I directed court staff to locate Mr. Shipley's current whereabouts and learned that Mr. Shipley was released from custody on February 10,

1 –ORDER

2017. He has not updated the court with his current address or contact information. It is the duty of the parties to keep their address and contact information updated.

In reviewing the legal principles *de novo*, I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation (ECF No. 5) is adopted. This action is dismissed.

IT IS SO ORDERED.

DATED this 21st day of March 2017.

Michael McShane
United States District Judge